1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH ROBINSON,                        1:17-cv-01540-GSA (PC)

12               Plaintiff,

13        v.                                  ORDER TRANSFERRING CASE TO
                                              NORTHERN DISTRICT OF CALIFORNIA
14   R. CASTELLON, et al.,

15               Defendants.

16

17   **I.    BACKGROUND**

18        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

20   § 1915.

21   **II.   VENUE**

22        The federal venue statute requires that a civil action, other than one based on diversity

23   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

24   defendants reside in the same state, (2) a judicial district in which a substantial part of the events

25   or omissions giving rise to the claim occurred, or a substantial part of the property that is the

26   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

27   there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

28   ///

                                              1

1   In this case, none of the defendants named in the Complaint reside in this district.  The

2   claims arose at the Deuel Vocational Institution in Tracy, California, located in Alameda County,

3   which is in the Northern District of California.  Therefore, Plaintiff's claims are properly brought

4   in the United States District Court for the Northern District of California.  In the interest of

5   justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

6   See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

7        This court has not ruled on plaintiff's request to proceed in forma pauperis.

8   **III.    CONCLUSION**

9        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

10  States District Court for the Northern District of California.

11  IT IS SO ORDERED.

12

13     Dated:    **November 21, 2017**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2